ADELBERT C. MARTIN v. WILLIAM B. TRIPP, ASSESSOR, ETC.

*Mandamus—Payment of interest on school orders.*

Mandamus to compel a school district assessor to pay a school order was allowed where the Court was satisfied there was no valid defense.

Interest from the time of demand may be allowed in granting mandamus for the payment of a school order when it is such a settled demand as would sustain a recovery of interest at law.

Mandamus.   Submitted June 19.   Granted June 20.

*Hughes & Smiley* for the writ.

*L. A. Tabor* against.

This is a motion for a mandamus to compel the respondent to pay an order issued to the plaintiff by the proper school officers of the district, in payment for services as a teacher, and which respondent, at a time when he had money in his hands applicable for the purpose, refused to pay. Various defenses were set up,— among them a violation of contract by the relator, irregularity in the making of the contract, and a vote of the district not to pay.

THE COURT being satisfied there was no valid defense, ordered that the writ should issue; and as the order was such a settled demand as interest would be recoverable upon at law, interest was allowed from the time of demand.